### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          CIVIL ACTION NO.  3:22CV264-MPM-RP
                                        JURY TRIAL DEMANDED

SARRETTA PERRY                                              DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America,

acting through the United States Department of Justice and on behalf of the United

States Small Business Administration ("SBA") (collectively the "United States"),

and Defendant Sarretta Perry.  The parties stipulate and consent to the entry of

judgment in favor of the United States of America against Defendant Sarretta Perry

on the basis of  violations of the False Claims Act, U.S.C. §3729-3733 in the sum of

$16,805.53.  Post judgment interest shall accrue at the legal rate pursuant to 28

U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid

in full, but without costs to either party.  Defendant Sarretta Perry agrees that the

sum owed, $16,805.53, plus interest, is due and payable in full immediately.

Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. §

2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as

Defendant Sarretta Perry pays to the Department of Justice, through the United

States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon

minimum monthly payment each and every month until this judgment is satisfied.

The amount of this payment shall be subject to review and modification not less

than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Sarretta Perry will be credited to her outstanding debt.

IT IS SO ORDERED this the _30_ day of _JAN_ 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
SARRETTA PERRY, *Defendant*